IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 1:09CV609 |
| | ) | |
| Plaintiff, | ) | Judge Boyko |
| | ) | |
| vs. | ) | |
| | ) | |
| DARYL M. HUNT, | ) | DEFAULT JUDGMENT |
| | ) | |
| Defendant. | ) | |

     A default having been entered as to the defendant, DARYL M. HUNT, in the above case, on the  14th  day of  May , 2009 all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against said defaulted defendant and having filed a proper affidavit with me as to the amount due from the defendant to the plaintiff;

2

Judgment is entered in the favor of the United States of America, plaintiff against DARYL M. HUNT, defendant, in the amount of $7,130.95 (Principal of $2,976.05 and Interest of $4,154.90 through April 15, 2009), plus 8.00% interest to the date of judgment and interest from the date of judgment at the legal rate, computed daily and compounded annually until paid in full, and plus costs of suit in the amount of $350.00.

This  14th  day of  May , 2009.

IT IS SO ORDERED:

 s/Christopher A. Boyko 
UNITED STATES DISTRICT JUDGE